# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PRUDHOMME, ET AL.** | **CIVIL ACTION NO. 15-0098** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEICO INSURANCE CO., ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the entire record and the written objections and responses filed herein, and concurring with the Magistrate Judge's findings under the applicable law, and for those additional reasons in this Court's Ruling,

IT IS ORDERED that the "Motion To Dismiss Elvin Jack's Second Supplemental And Amending Petition For Damages Or, Alternatively, Motion To Compel Appraisal filed by Defendant, GEICO General Insurance Company" [Doc. No. 69] is DENIED.

MONROE, LOUISIANA, this 16th day of March, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**