UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PRUDHOMME, ET AL.** | **CIVIL ACTION NO. 15-0098** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEICO INSURANCE CO., ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

**ORDER**

Considering the Magistrate Judge's Memorandum Order [137] granting GEICO Insurance Company's Motion for Reconsideration [Doc. #116], re Order on Motion for Extension [Doc. # 104],

**IT IS ORDERED** that Geico's Appeal of Magistrate Judge Decision to District Judge [Doc. #115] is **DENIED AS MOOT.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 6th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE