IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PRUDHOMME**, *et al.*, Individually and on behalf of others similarly situated | CASE NO: 6:15-cv-00098 |
| | JUDGE TERRY A. DOUGHTY |
| vs. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| **GEICO CASUALTY INSURANCE CO.**, *et al.* | |

**MOTION FOR STATUS CONFERENCE TO
ESTABLISH DEADLINES FOR THE HEARING ON CLASS
CERTIFICATION AND TO SET SETTLEMENT CONFERENCE**

NOW INTO COURT, come Plaintiffs Eric Prudhomme and Elvin Jack, Individually and on behalf of others similarly situated, who move this Honorable Court to set a status conference for the purpose of establishing a date for the hearing on class certification and to discuss potential resolution.

The Third Revised Rule 16 Class Certification Scheduling Order sets a deadline of September 15, 2020 for briefing on class certification issues but leaves the dates for the hearing itself "TBD." Plaintiffs suggest that a hearing date in late September or October 2020 would be appropriate.

Further, the Annotated Manual for Complex Litigation § 13.11 and § 13.12 (4th ed.) recognizes the Court's role in facilitating the parties' communications about settlement. A discussion between the parties would be appropriate at this time before more time, effort, and energy are expended leading up to the class certification hearing. Thus, a settlement conference should be set as well.

WHEREFORE, Plaintiffs Eric Prudhomme and Elvin Jack, Individually and on behalf of others similarly situated, respectfully request that this motion be granted.

Respectfully Submitted:

**WHALEY LAW FIRM**

/s/ J.R. Whaley_____
JOHN RANDALL WHALEY (#25930)
BENJAMIN H. DAMPF (#32416)
6700Jefferson Highway
Building 12, Suite A
Baton Rouge, Louisiana  70806
Telephone:  (225) 302-8810
Facsimile:   (225) 302-8814
Email: jrwhaley@whaleylaw.com
         ben@whaleylaw.com

KENNETH D. ST. PÉ, APLC
KENNETH D. ST. PÉ
La. Bar Roll No. 22638
311 W. University Ave., Suite A
Lafayette, LA  70506
(337) 534-4043

THE MURRAY FIRM
STEPHEN B. MURRAY, SR.
La. Bar Roll No. 9858
STEPHEN B. MURRAY, JR.
La. Bar Roll No.23877
ARTHUR M. MURRAY
LA. Bar Roll No. 27694
650 Poydras Street, Suite 2150
New Orleans, LA  70130
(504) 525-8100

LAW OFFICES OF KENNETH W. DEJEAN
Kenneth W. DeJean
La. Bar Roll No. 04817
Post Office Box 4325
Lafayette, LA 70502-4325
Telephone: (337) 235-5294
Facsimile: (337) 235-1095
*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I certify that on March 13, 2020, a copy of the above Motion was filed electronically with the Clerk of Court for the Western District of Louisiana using the Court's CM/ECF system. A copy of this Motion was contemporaneously served on counsel for all parties by electronic means and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

      /s/ J.R. Whaley