IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ERIC PRUDHOMME, et al., Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>v.<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>    Defendants. | Civil Action 15-00098<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Carol B. Whitehurst |

**DEFENDANTS GOVERNMENT EMPLOYEES INSURANCE COMPANY AND GEICO GENERAL INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL TESTIMONY FROM DR. JOHNETTE HASSELL**

  Defendants Government Employees Insurance Company and GEICO General Insurance Company ("GEICO") respectfully request leave to file a reply in support of their Motion to Compel Testimony from Dr. Johnette Hassell (Doc. 159) (the "Proposed Reply"). The Proposed Reply is attached as Exhibit 1. As grounds for this Motion, GEICO states:

  1. Plaintiffs' Response misstates the relevance of the information GEICO seeks from Dr. Hassell. The Proposed Reply clarifies this relevance.

  2. Plaintiffs' Response to GEICO's Motion to Compel Testimony from Dr. Johnette Hassell (Doc. 165) raises a "work product" protection argument not made during the deposition, and misstates the law on the protection. The Proposed Reply addresses this argument.

  3. Plaintiffs' Response misstates facts related to how many times GEICO has deposed Dr. Hassell. The Proposed Reply clarifies the record.

  4. Plaintiffs' Response omits reference to language in the "Agreed Confidentiality Order" in *Slade v. Progressive Security Insurance* regarding how to protect information that was marked confidential. The Proposed Reply discusses this language.

5.  Plaintiffs' Response omits discussion of four of the five cases about which GEICO seeks testimony.  The Proposed Reply clarifies the record.

6.  The Proposed Reply does not simply repeat arguments raised in GEICO's Motion, and it is narrowly tailored to address the arguments raised in Plaintiffs' Response.

7.  The Proposed Reply will assist the Court in deciding whether to compel Dr. Hassell to provide additional testimony.

8.  Prior to filing this Motion, GEICO's counsel contacted Plaintiffs' counsel to obtain consent for the granting of this Motion, as required by LR 7.4.1.  Plaintiffs responded that they do not oppose GEICO's request to file a reply.

For all of these reasons, GEICO respectfully requests that the Court grant GEICO leave to file a Reply, and that the Court consider the arguments presented in the proposed Reply in considering the underlying Motion.

RESPECTFULLY SUBMITTED this 18th day of June, 2020:

By: /s/ *Ian M. Fischer*
Dan Goldfine (admitted pro hac vice)
Joshua Grabel (admitted pro hac vice)
Ian M. Fischer (admitted pro hac vice)
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 420
Phoenix, AZ 850186
Tel: (480) 824-7900
Fax: (480) 824-7905
Dan.Goldfine@huschblackwell.com
Joshua.Grabel@huschblackwell.com
Ian.Fischer@huschblackwell.com

Mark J. Neal (#24580)
NEAL LAW FIRM
2485 405 West Main Street, Suite 101
Monroe, LA  71203
Tel: (318) 807-0929
mneal@neallawfirm.net

By: /s/ *Stephen R. Barry* (with permission)
Stephen R. Barry (#21465)
Daphne P. McNutt (#20292)
Kathleen C. Marksbury (#1902)
BARRY & CO., LLC
405 West Main Street, Suite 101
Lafayette, LA  70501
Tel: (337) 237-2889
Fax: (337) 237-2878
sbarry@barrylawco.com
dmcnutt@barrylawco.com
kmarksbury@barrylawco.com

*Counsel for Defendants Government Employees Insurance Company and GEICO General Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system or by United States Mail, postage prepaid.

                                                      s/ *Ian M. Fischer*
                                                      Ian M. Fischer