# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PRUDHOMME, ET AL.** | **CIVIL ACTION NO. 15-0098** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEICO INSURANCE CO., ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

### MEMORANDUM ORDER

During the class certification hearing held in the above-referenced matter on November 9-11, 2020, certain exhibits were placed in evidence.   In the Court's November 30, 2020 Minute Entry [Doc. No. 260], counsel were required to notify Amy Crawford, Courtroom Deputy, by December 4, 2020, which exhibits filed during the hearing must be placed under seal.

Counsel for the GEICO Defendants notified Ms. Crawford that Exhibits 6 through 24, 27 through 32, 34 through 44, 48 through 52, 56, 57, 61, 62, 66 through 70, 74, 75, 77, 82, 86, 87, 88, 89, 90, 94, 199, 200, 202 through 206 should be placed under seal.

However, counsel also notified Ms. Crawford that Plaintiffs object to Exhibits 6-13, 34-36, 51, 56, 61, 62, 66-70, 72, 75, 82, 86, 94, 199, 200, and 202-206 being placed under seal.

In light of the objection, the Court conducted a review of the exhibits.   After review,

**IT IS HEREBY ORDERED** that all identified exhibits except Exhibits 82 and 86 are to be placed in the record under seal.

MONROE, LOUISIANA, this 7th day of December, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE