UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PRUDHOMME, ET AL.** | **CIVIL ACTION NO. 15-0098** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GEICO INSURANCE CO., ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

**ORDER**

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Defendants Government Employees Insurance Company and GEICO General Insurance Company's (collectively "GEICO Defendants") Motion to Exclude the Opinions of Johnette Hassell ("Motion to Exclude") [Doc. No. 180] is DENIED. The Court has considered her opinions in its ruling on the pending class certification.

**IT IS FURTHER ORDERED** that Plaintiffs Eric Prudhomme and Elvin Jack's Amended Motion for Class Certification [Doc. No. 183] is DENIED.

As a result of the Court's Ruling, it appears there is no longer subject-matter jurisdiction. It is, therefore, the intent of the Court to remand this matter to the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana. Accordingly,

**IT IS ORDERED** that any party opposing remand should file a memorandum no later than fifteen (15) days from the date of this Order.

Monroe, Louisiana, this 22nd day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE